### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DEMIELI WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Case No. 1:21-cv-215-RLY-DLP |
| v. | ) |
| | ) |
| HYPER ICE, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S NOTICE TO THE COURT OF RESOLUTION

COMES NOW, Defendant, HYPER ICE, INC., ("Defendant"), by and through its counsel, Michael A. Kreppein of Wilson Elser Moskowitz Edelman & Dicker, LLP, and respectfully notifies the Court that the parties have amicably resolved this dispute raised by way of Plaintiff's Complaint. The Defendant, by agreement, requests that the Court cancel/vacate all pending deadlines and court hearings, including but not limited to the Telephonic Initial Pretrial Conference of April 20, 2021, pending the filing of the parties' Joint Stipulation of Dismissal.

Respectfully submitted,

/s/Michael A. Kreppein
Michael A. Kreppein, 22430-64
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
233 E. 84th Drive – Park Tower, Suite 201
Merrillville, IN 46410
Telephone: (219) 525-0560
Facsimile: (219) 525-0561
Email: Michael.Kreppein@wilsonelser.com
Attorney for Defendant, HYPER ICE, INC.

251986078v.1

## **CERTIFICATE OF SERVICE**

      I certify that on April 12, 2021, I electronically filed the foregoing using the Federal E-filing system.  I also certify that on April 12, 2021 the foregoing document was served upon all counsel of record via the Federal Court's E-filing system:

| | |
|---|---|
| Noah C. Thomas<br>Chapman Law LLC<br>20 NW 3rd Street, Suite 1410<br>Evansville, IN 47708<br>*Attorney for Plaintiff* | Benjamin J. Sweet<br>Nye, Stirling, Hale & Miller, LLP<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, PA 15243<br>*Attorney for Plaintiff* |
| Jonathan D. Miller<br>Nye, Stirling, Hale & Miller LLP<br>33 W. Mission Street, Suite 201<br>Santa Barbara, CA 93101<br>*Attorney for Plaintiff* | |

                                                    /s/ *Michael A. Kreppein*
                                                  Michael A. Kreppein, 22430-64

Michael A. Kreppein, 22430-64
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
233 E. 84th Drive – Park Tower, Suite 201
Merrillville, IN 46410
Telephone: (219) 525-0560
Facsimile: (219) 525-0561
Email:  Michael.Kreppein@wilsonelser.com
Attorney for Defendant, HYPER ICE, INC.